AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RAYMOND ERIC ZAHLER,

                Plaintiff,

           v.

HAL WILSON, ROBERT HENRY, and CARRIE DANIELS,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-130-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the complaint is dismissed with prejudice pursuant to the Order Dismissing Complaint entered on August 27, 2009, Ct. Rec. 9.

August 27, 2009
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas